# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✓   USAO No.: _____   Case No.: CR-23-451-JD

Charging Document: **Information**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☐

Forfeiture: Y ☐ N ✓   OCDETF: Y ☐ N ✓   McGirt: Y ☐ N ✓   Warrant ☐   Summons ☐   Notice ✓   N ✓

Companion Case No. (if any): 23-CR-381-J

**DEFENDANT INFORMATION:**   By: zh

| | |
|---|---|
| Name: **Ryan Ashley Sullivan** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1977   SSN: 4425 | Race: White   Interpreter: Y ☐ N ✓ |
| Sex: M ✓ F ☐   Juvenile: Y ☐ N ✓ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

- ✓ Not in Custody
- ☐ Detention Requested
- ☐ Type of Bond: _____
- ☐ In Custody at: _____
- Inmate/Prisoner/Register No.: _____

Complaint: Y ☐ N ✓

Magistrate Judge Case No.: MJ-

Previously Detained: Y ☐ N ✓

**ATTORNEY/AGENCY INFORMATION:**

- ✓ Public Defender
- ☐ CJA Panel
- ☐ Retained

Name: Kyle Wackenheim
Address: 215 Dean A McGee Ave STE 201, Oklahoma City, OK 73102
Phone: (405) 609-5952

AUSA: William E. Farrior
Agent/Agency: Dept of Transportation
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 15 U.S.C. § 1 | Conspiracy to restrain trade | NMT 10 years imprisonment, $1,000,000 fine, o/b; 3 years S/R; $100 SA |

Signature of AUSA: William E. Farrior   Date: 10/25/2023