**United States Attorney's Office**
**Western District of Oklahoma**
*MEMORANDUM*



| Subject: COMPANION CASE RULE IN CRIMINAL CASES | Date: October 25, 2023 |
|---|---|
| To: CARMELITA REEDER SHINN Court Clerk | From: William Farrior |

The following cases, which are the subject of an Information being filed today, are related cases and should be assigned to the same judge:

(1) Previous Information

No. CR-23-381-J, <u>U.S. v. James Travis Feazel</u> (Information filed on September 11, 2023);

and

(2) New Information

No. CR-23-451-JD, <u>U.S. v. Ryan Ashley Sullivan</u> (Information filed on October 25, 2023).

These cases are related cases pursuant to LCrR7.1 because:

☒ They arise out of the same transaction or series of transactions;

☐ They involve the same defendant(s);

☒ For other reasons, it would entail substantial duplication of labor if heard by different judges because:

DETAILS: Both cases charge defendants who conspired together to violate 15 U.S.C. § 1. The defendants directly interacted with one another in furtherance of the conspiracy and evidence against one is admissible against both to prove the offense charged in each Information.